GARY HARRE, ESQ. (BAR NO. 86938)
Global Capital Law, P.C.
17111 Beach Blvd, Ste 100
Huntington Beach, CA 92647
Telephone: (714) 907-4182
Email: ghcmecf@gmail.com

Attorney for Debtor
JOAN ANN HOYMAN



FILED & ENTERED

DEC 29 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY johnson  DEPUTY CLERK

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>JOAN ANN HOYMAN<br><br>Debtor. | Case No.  2:10-bk-60995-VZ<br><br>Chapter 11<br><br>Hon. Vincent P. Zurzolo (Chief Judge)<br><br>ORDER:<br><br>1) DENYING EMERGENCY MOTION TO ENFORCE AUTOMATIC STAY AND<br><br>2) DENYING REQUEST FOR ORDER TO SHOW CAUSE RE SANCTIONS. |

Debtor filed an Emergency Motion under LBR 9075-1(a) seeking an order against Aurora Loan Services, LLC, its assignees and/or successors and Leroy D. Baca, Sherriff for the County of Los Angeles and/or its agent and employee from taking any action against Debtor's property known as 1351 Pleasantridge Drive, Altadena, CA 91001 and to evict Debtor and her family from their home ("Motion").

The Motion does not set forth cause to have a hearing on less than 48 hours notice under LBR 9075-1(a).

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August  2010    F 9013-3.1.PROOF.SERVICE

| In Re | (Short Title) | CASE NO.: |
|---|---|---|
| Joan Ann Hoyman | | |
| | Debtor(s) | 2:10-bk-60995-VZ |

The Motion is not supported by a declaration under penalty of perjury as required by LBR 9013-1(i), and therefore there is no admissible evidence supporting the facts alleged in the Motion, and no admissible evidence to authenticate any of the documents attached to the Motion.

Based upon the documents attached to the Motion, it appears that neither the debtor nor the bankruptcy estate has any interest in the property at issue.

The Motion appears to invoke LBR 9020-1 re issuance of an order to show cause recontempt, however an adversary proceeding is required to initiate a proceeding for damages for violation of the automatic stay.

Based upon the foregoing, IT IS ORDERED that the Motion is denied without a hearing.

####

DATED: December 29, 2010

_____
United States Bankruptcy Judge

| In Re (Short Title) | CASE NO.: |
|---|---|
| Joan Ann Hoyman<br><br>Debtor(s) | 2:10-bk-60995-VZ |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.   Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

17111 Beach Blvd Ste 100
Huntington Beach, CA  92647

A true and correct copy of the foregoing document described as   ___***Proposed Order to Change Venue to Northern District***___   will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ***Fill in Date Document is Filed***, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On   ***12/28/2010***                  **,** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ***12/28/2010***   **,** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

Vincent P. Zurzolo (Chief Judge)

**VIA FAX:**
McCarthy & Holthus, LLP, attention: Gayle E. Jameson, Rebecca L. Lang, Jessica L. Partridge
1770 Fourth Ave., San Diego, CA 92101 **Fax (619) 243-1979**

Los Angeles County Sheriff's Department, Attention: Sergeant Holbrook and Leroy D. Baca
300 East Walnut, Room 208, Pasadena, CA 91101
**Fax 323-415-3822**  ☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 12/28/2010  Judi Cicco | | /s/ Judi Cicco |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010  **F 9013-3.1.PROOF.SERVICE**

| In Re (Short Title) | CASE NO.: |
|---|---|
| Joan Ann Hoyman<br><br>Debtor(s) | 2:10-bk-60995-VZ |

# Service List

Aurora Loan Services
10350 Park Meadows Drive
Littleton, CO 80124

California Bank and Trust
PO BOX 711510
Santee, CA  92072

Capital One Bank
PO BOX 60599
City of Inustry, CA  91716

Chase Bank - Circuit City
PO BOX 15298
Wilmington DE  19850

Citi
PO BOX 6241
Sioux Falls, ND  57117

CMI
4200 International
Carrolton, TX  75007-1912

CMRE Financial
3075 Imperial Hwy Ste 200
Brea, CA  92821

Conrad Credit Corp
PO BOX 499108
Escondido, CA  92046-9108

Countrywide Home Loans
POB 10287
Van Nuys, CA 91410

Dovenmuehle Mortgage
1 Corporate Ave Ste 360
Lake Zurich, IL  60047

HSBC/Levitz
PO BOX 15521
Wilmington DE  19805

Household Finance
PO BOX 3425
Buffalo, NY  14240

Hoyman, Joan
1351 Pleasantridge Drive
Altadena, CA 91001

Macy's - DSNB
PO BOX 8218
Mason OH 45040

Navy Federal Credit Union
8920 Follin Ln SE
Vienna, VA  22180-4907

Navy Federal Credit Union
PO BOX 3110
Merrifield, VA  22119-0001

Nordstroms
PO BOX 13589
Scottsdale, AZ  85287

Office Depot
PO BOX 6497
Sioux Falls, SD  57117-6497

Sears
PO BOX 6275
Sioux Falls, SD  57117-6275

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                    **F 9013-3.1.PROOF.SERVICE**

**NOTE TO USERS OF THIS FORM**:
**1)** Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER:**
**1) DENYING EMERGENCY MOTION TO ENFORCE AUTOMATIC STAY AND**
**2) DENYING REQUEST FOR ORDER TO SHOW CAUSE RE SANCTIONS.**
was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of ***12/27/2010***, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Gary L Harre on behalf of Debtor Joan Hoyman
ghcmecf@gmail.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☒ Service information continued on attached page

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*    **F 9021-1.1.NOTICE.ENTERED.ORDER**

| In Re | (Short Title) | CASE NO.: |
|---|---|---|
| | Joan Ann Hoyman<br><div align="right">Debtor(s)</div> | 2:10-bk-60995-VZ |

# Service List

**VIA FAX:**

Gayle E Jameson, Rebecca L Lang, Jessica L Partridge
McCarthy & Holthus, LLP
1770 Fourth Ave., San Diego, CA 92101
**Fax (619) 243-1979**

Leroy D Baca and Sergeant Holbrook
Los Angeles County Sheriff's Department
300 East Walnut, Room 208, Pasadena, CA 91101
**Fax 323-415-3822**


**VIA UNITED STATES MAIL:**

Aurora Loan Services
10350 Park Meadows Drive
Littleton, CO 80124

California Bank and Trust
PO BOX 711510
Santee, CA 92072

Capital One Bank
PO BOX 60599
City of Inustry, CA 91716

Chase Bank - Circuit City
PO BOX 15298
Wilmington DE 19850

Citi
PO BOX 6241
Sioux Falls, ND 57117

CMI
4200 International
Carrolton, TX 75007-1912

CMRE Financial
3075 Imperial Hwy Ste 200
Brea, CA 92821

Conrad Credit Corp
PO BOX 499108
Escondido, CA 92046-9108

Countrywide Home Loans
POB 10287
Van Nuys, CA 91410

Dovenmuehle Mortgage
1 Corporate Ave Ste 360
Lake Zurich, IL 60047

HSBC/Levitz
PO BOX 15521
Wilmington DE 19805

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*      **F 9021-1.1.NOTICE.ENTERED.ORDER**

Page 2

| In Re (Short Title) | CASE NO.: |
|---|---|
| Joan Ann Hoyman<br>Debtor(s) | 2:10-bk-60995-VZ |

## Service List cont.

Household Finance
PO BOX 3425
Buffalo, NY  14240

Hoyman, Joan
1351 Pleasantridge Drive
Altadena, CA 91001

Macy's - DSNB
PO BOX 8218
Mason OH 45040

Navy Federal Credit Union
8920 Follin Ln SE
Vienna, VA  22180-4907

Navy Federal Credit Union
PO BOX 3110
Merrifield, VA  22119-0001

Nordstroms
PO BOX 13589
Scottsdale, AZ  85287

Office Depot
PO BOX 6497
Sioux Falls, SD  57117-6497

Sears
PO BOX 6275
Sioux Falls, SD  57117-6275

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*        **F 9021-1.1.NOTICE.ENTERED.ORDER**